IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA       )
       )
       )
VS.       )       Case No. 4:06CR40005-001
       )
       )
COBY DALE COOK, JR.       )


## ORDER OF DISMISSAL

Comes now for consideration the government's Motion to Dismiss Indictment in the above styled  and numbered case.  (Doc. No. 14).  Upon consideration of the same, the Court finds that said Motion should be and hereby is granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above styled and numbered case on March 8, 2006, is hereby dismissed with prejudice.

IT IS SO ORDERED, this 5th  day of September, 2006.


         /s/Harry F. Barnes       
       Hon. Harry F. Barnes
       United States District Judge